# TRIAL COURT OFFICIAL'S
# REQUEST FOR EXTENSION OF TIME TO FILE RECORD

FAX to: Cathy S. Lusk, Clerk, 12th Court of Appeals, Tyler, at (903)593-2193

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
2/9/2015 9:56:49 AM
CATHY S. LUSK
Clerk

Court of Appeals No. (If known): **12** - 14 - 00335 - CR

Trial Court Style:   The State of Texas vs. Donnie Dale Carr

Trial Court & County:   7th District Court, Smith County          Trial Court No.:   007-0863-14

Date Trial Clerk's Record Originally Due:      N/A

Date Court Reporter's/Recorder's Record Originally Due:    12-08-14

Anticipated Number of Pages of Record:    500+

I am responsible for preparing a record in this appeal but I am unable to file the record by the original due date for the following reason/s:    (Check all that apply - attach additional pages if necessary.)

☐       to the best of my knowledge, the Appellant has made no claim of indigence and has failed to either    pay the required fee or to make arrangements to pay the fee for preparing the record.

☒       my duties listed below preclude working on this record:   Reporter has been working on & completed the records in STX v Lee Vincent, 007-1297-14; STX v Jason Reese, 007-1254-14 & STX v Robert Mitchell Dean, Jr., 007-1251-14.

☐       Other.  (Explain.):

I anticipate this record will be completed and forwarded to the 12th Court of Appeals by   3-06-15   , and **I hereby request an additional   25   days** within which to prepare it. TEX. R. APP. P. 37.3.

In compliance with TEX. R. APP. P. 9.5(e), I certify that a copy of this notice has been served on counsel for all parties to the trial Court's judgment or order being appealed. I further certify by my signature below that the information contained in this notice is true and within my personal knowledge.

   2-09-15
Date                                      Signature   /s/Jennifer Lowrance

   (903)590-1647
Office Phone Number                       Printed Name   Jennifer Lowrance

   jlowrance@smith-county.com
E-mail Address (if available)             Official Title   Official Court Reporter

TEXAS RULE OF APPELLATE PROCEDURE 9.5(e) reads:

*Certificate requirements.* A certificate of service must be signed by the person who made the service and must state:

(1) the date and manner of service;
(2) the name and addresses of each person served; and
(3) if the person served is a party's attorney, the name of the party represented by that attorney.

The following parties have been served with a copy of this document:
(Information may be either printed or typed.)

Lead Counsel for **APPELLANT(S)**:

Lead Counsel for **APPELLEE(S)**:

Name:   Mr. Austin Reeve Jackson

Name:   Mr. Michael West

Address:   112 East Line Street, Suite 310

Address:   100 North Broadway, Fourth Floor

Tyler, Texas 75702

Tyler, Texas 75702

Phone no.:   (903)595-6070

Phone no.:   (903)590-1724

Attorney for:   Mr. Carr

Attorney for:   The State of Texas

Lead Counsel for **APPELLANT(S)**:

Lead Counsel for **APPELLEE(S)**:

Name:

Name:

Address:

Address:

Phone no.:

Phone no.:

Attorney for:

Attorney for:

Additional                              information,                              if                              any: